**FILED**
June 27, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR. S-08-0294 EJG |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| SHERYL HAYDEN, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>SHERYL HAYDEN</u>, Case No. <u>CR. S-08-0294 EJG</u>, Charge <u>Title 18 USC §§ 1349, 1341, 1344, 1957</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_ Release on Personal Recognizance

X Bail Posted in the Sum of $ _150,000 w/in 3weeks_

    X Unsecured Appearance Bond — $150,000 pending posting of security

_ Appearance Bond with 10% Deposit

_ Appearance Bond with Surety

_ Corporate Surety Bail Bond

X (Other) _PTS conditions_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _June 27, 2008_ at _3:01_ pm.

By _____
Kimberly J. Mueller
United States Magistrate Judge