**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
SHERYL HAYDEN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-08-294-EJG |
| ) | |
| PLAINTIFF, ) | STIPULATION AND |
| ) | ORDER EXTENDING TIME TO |
| v. ) | FILE PRE-TRIAL RELEASE |
| ) | DOCUMENTS |
| SHERYL HAYDEN, et al., ) | |
| ) | |
| DEFENDANT. ) | |
| _____) | |

On June 27, 2008, the defendant, SHERYL HAYDEN, made her first appearance in this Court. At that time the Court ordered her released pending trial on condition that a secured bond in the amount of $150,000 be posted. (See Docket Entry # 13) The defendant has been released with an unsecured bond in the amount of $150,000 being posted with the Court. (See Docket Entry #13) The defense requested the secured bond to be posted on or before Friday, July 18, 2008. (See Docket Entry #13)

The defense has been and is continuing to diligently obtain all of the necessary documentation to file with the Court for the secured $150,000 appearance bond. The appraisal has been completed on the property and there is sufficient equity to satisfy the required secured bond of $150,000. Both the Assistant United States Attorney, Mr. Russell L. Carlberg, and Pretrial officer, Mr. Steve Sheehan have been contacted

1

about the request for an extension. Defense counsel, Mr. James R. Greiner, personally spoke with Mr. Carlberg and Mr. Sheehan today, July 17, 2008, explained the entire situation to them and there is no objection by either the government or Pre-Trial to having the Court grant an extension of time to on or before August 8, 2008, for the defense to file the necessary documents for the $150,000 secured bond with the Court.

Therefore, it is agreed and stipulated between the parties by their respective counsel, Mr. Russell L. Cralberg for the United States and Mr. James R. Greiner for defendant Sheryl Hayden, that the defense may have to on or before Friday, August 8, 2008, to file the documents necessary for the $150,000 secured appearance bond in this case.

Respectfully submitted,

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

/s/ RUSSELL L. CARLBERG by phone authorization

DATED: 7-18-08   _____
RUSSELL L. CARLBERG
Assistant United States Attorney
Attorney for the Plaintiff

/s/ James R. Greiner

DATED: 7-18-08   _____
JAMES R. GREINER
Attorney for defendant SHERYL HAYDEN

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that defendant Sheryl Hayden shall have to on or before Friday, August 8, 2008, to file with the Court the necessary documents to secure the $150,000 appearance bond and that the defendant shall remain out of custody with the unsecured $150,000 appearance bond previously filed with the Court until the filing of the documents necessary for the $150,000 secured appearance bond.

IT IS SO ORDERED.

DATED: July 18, 2008

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE