**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
SHERYL HAYDEN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> SHERYL HAYDEN, et al., ) <br> ) <br> DEFENDANT. ) <br> _____) | CR.-S-08-294-EJG <br><br> STIPULATION AND PROPOSED ORDER EXTENDING TIME TO FILE PRE-TRIAL RELEASE DOCUMENTS |

On June 27, 2008, the defendant, SHERYL HAYDEN, made her first appearance in this Court. At that time the Court ordered her released pending trial on condition that a secured bond in the amount of $150,000 be posted. (See Docket Entry # 13) The defendant has been released with an unsecured bond in the amount of $150,000 being posted with the Court. (See Docket Entry #13) The Court granted the defense request to file the secured bond on or before Friday, July 18, 2008. (See Docket Entry #13) On July 21, 2008, the Court granted the defense request for an extension of time to file the secured bond to on or before August 8, 2008. (See Docket Entry # 35). On August 11, 2008, the Court granted the defense request for an extension of time to file the secured bond to on or before August 22, 2008. (See Docket Entry # 42).

1

1  The defense has provided the government with all of the required and
2  requested documentation. The government is continuing the process of reviewing the
3  documentation. The defense has contacted Mr. Steve Sheehan who is the Pre-trial
4  officer for the defendant. Mr. Sheehan reports that the defendant is in total
5  compliance with all of her pre-trial release conditions and there has been neither any
6  incidents nor violations. Mr. Sheehan has been brought up to date as to the status of
7  the case. Mr. Sheehan has no objection to the continuance and having the Court grant
8  an extension of time to on or before September 26, 2008, for the defense to file the
9  necessary documents for the $150,000 secured bond with the Court.
10  Therefore, it is agreed and stipulated between the parties by their respective
11  counsel, Mr. Russell L. Cralberg for the United States and Mr. James R. Greiner for
12  defendant Sheryl Hayden, that the defense may have to on or before Friday,
13  September 26, 2008, to file the documents necessary for the $150,000 secured
14  appearance bond in this case and that the defendant shall remain out of custody with
15  the unsecured $150,000 appearance bond

Respectfully submitted,

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

/s/ RUSSELL L. CARLBERG by e mail authorization

DATED: 9-19-08

RUSSELL L. CARLBERG
Assistant United States Attorney
Attorney for the Plaintiff


/s/ James R. Greiner
DATED: 9-19-08

JAMES R. GREINER
Attorney for defendant SHERYL HAYDEN

2

FOR GOOD CAUSE SHOWN

IT IS HEREBY ORDERED that defendant Sheryl Hayden shall have to on or before Friday, September 26, 2008, to file with the Court the necessary documents to secure the $150,000 appearance bond and that the defendant shall remain out of custody with the unsecured $150,000 appearance bond previously filed with the Court remaining in full force and effect until the filing of the documents necessary for the $150,000 secured appearance bond.

IT IS SO ORDERED.

DATED: 09/23/08            /s/ Gregory G. Hollows

HONORABLE UNITED STATES FEDERAL MAGISTRATE JUDGE
GREGORY G. HOLLOWS

hayden.ord