```
 1  JAMES R. GREINER, ESQ.
    CALIFORNIA STATE BAR NUMBER 123357
 2  LAW OFFICES OF JAMES R. GREINER
    555 UNIVERSITY AVENUE, SUITE 290
 3  SACRAMENTO, CALIFORNIA 95825
    TELEPHONE: (916) 649-2006
 4  FAX: (916) 920-7951
 5  ATTORNEY FOR DEFENDANT
    SHERYL HAYDEN
 6
```

**FILED**

JAN - 8 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO.S-08-294–EJG |
| PLAINTIFF, ) | |
| ) | WAIVER OF DEFENDANT'S PRESENCE |
| v. ) | |
| ROBERT MARTINSON, et al., ) | (as modified) |
| ) | |
| DEFENDANTS. ) | |

Pursuant to Federal Rules of Criminal Procedure, Rule 43(c)(3), Defendant, SHERYL HAYDEN, hereby waives the right to be present in person in open court upon the hearing of any motion or other pre-trail proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, TCH, trial, impanelment of jury and imposition of sentence. Defendant, SHERYL HAYDEN, hereby requests the court to proceed during every absence of her which the court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if defendant SHERYL HAYDEN, were personally present and further agrees to be present in court ready for hearing any day and hour the court may fix in her absence specifically ordering her to be present.

1

1  Defendant, SHERYL HAYDEN, further acknowledges that she has been
2  informed of her rights under Title 18 U.S.C. sections 3161-3174 ( Speedy Trial Act),
3  and authorizes her attorney to set times and delays under the Act without defendant
4  SHERYL HAYDEN, being present and agrees to waive any and all time under both the
5  Sixth Amendment to the Federal Constitution and the Speedy Trial Act regarding her
6  rights to a speedy public jury trial.

DATED: January 7, 2010

/s/ SHERYL HAYDEN

(Original will be maintained with attorney)

_____

SHERYL HAYDEN

Date: 1/8/10

IT IS SO ORDERED

[signature]

2