1  BENJAMIN B. WAGNER
   United States Attorney
2  RUSSELL L. CARLBERG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2748

**FILED**

JAN - 8 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,      )
9                                 )    CR. NO. S-08-294 EJG
                 Plaintiff,       )
10                                )    ORDER DISMISSING INDICTMENT
         v.                       )    AS TO SHERYL HAYDEN ONLY
11                                )
   SHERYL HAYDEN,                 )
12                                )
                 Defendant.       )
13  _____)

14
           Based on the government's motion to dismiss the
15
   indictment against Sheryl Hayden,
16
           IT IS HEREBY ORDERED that the above-captioned indictment
17
   be and hereby is dismissed as to Sheryl Hayden only.
18
   DATED:_____1/8/10_____
19

20

21            _____
              HON. EDWARD J. GARCIA
22            Senior United States District Judge

23

24

25

26

27

28

                              2